GEOFFREY A. HANSEN
Acting Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-12-70810 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING |
| | ) | DATE FOR PRELIMINARY HEARING |
| vs. | ) | |
| | ) | |
| ANA LISSA REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS HEREBY STIPULATED between the plaintiff through its attorney, Wade Rhyne,

and the defendant through her attorney Ned Smock, that the preliminary hearing in this matter

now set for September 17, 2012 at 9:30 a.m. shall be reset for October 11, 2012 at 9:30 a.m.  The

parties are exploring possible resolution of the case.  Ms. Reyes is out of custody.  Additional

time is needed to perform investigation and research as those discussions continue.  The

government has provided disclosures of reports and records, and anticipates producing

voluminous bank records in the coming days.  The defense will need time to review those

records as the parties attempt to negotiate a pre-indictment resolution.  Defendant Reyes and her

counsel waive the provisions of Rule 5.1(c) of the Federal Rules of Criminal Procedure requiring

a preliminary hearing to be held within 20 days of her initial appearance and 18 U.S.C. § 3161(b)

1   requiring an indictment to be filed within thirty days from the date of arrest. The continuance is

2   also necessary to allow counsel for the defendant the reasonable time necessary for effective

3   preparation, taking into account the exercise of due diligence.  Accordingly, the parties further

4   stipulate and agree that the time from September 17, 2012 to October 11, 2012, should be

5   excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(7)(B)(iv).

6

7   IT IS SO STIPULATED:

8   Dated: September 11, 2012             /s/ Ned Smock_____
                                           NED SMOCK

9                                              Assistant Federal Public Defender

10

11   Dated: September 11, 2012            /s/ Wade Rhyne_____
                                           WADE RHYNE

12                                              Assistant United States Attorney

13

14                                    **ORDER**

15       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

16   hearing in this matter now scheduled for September 17, 2012 is hereby rescheduled for October

17   11, 2012 at 9:30 a.m. and that time is excluded from September 17, 2012 to October 11, 2012

18   pursuant to 18 U.S.C. § 3161(7)(B)(iv).

19

20   Dated: September 12, 2012              _____

21                                    HONORABLE DONNA RYU
                                   United States Magistrate Judge

22

23

24

25

26

Stip and Order                            2