STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607
Telephone:  (510) 637-3518

Counsel for Defendant ANA LISSA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4-12-70810 MAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER RESETTING |
| | ) | DATE FOR PRELIMINARY HEARING |
| vs. | ) | |
| | ) | |
| ANA LISSA REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Wade Rhyne,

and the defendant through her attorney Ned Smock, that the preliminary hearing in this matter

now set for November 9, 2012 at 9:30 a.m. shall be reset for December 20, 2012 at 9:30 a.m.

The parties are exploring possible resolution of the case.  Ms. Reyes is out of custody.  The

government has provided disclosures of extensive reports and records, and will be producing

additional records and reports that should assist the parties in discussing settlement.  The case

involves thousands of pages of discovery.  The defense needs additional time to review those

records as the parties attempt to negotiate a pre-indictment resolution.  Reviewing and

synthesizing the records is necessary as the parties negotiate, among other things, Sentencing

Guidelines calculations.

1      Defendant Reyes and her counsel waive the provisions of Rule 5.1(c) of the Federal

2 Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of her

3 initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days

4 from the date of arrest. The continuance is also necessary to allow counsel for the defendant the

5 reasonable time necessary for effective preparation, taking into account the exercise of due

6 diligence.  Accordingly, the parties further stipulate and agree that the time from November 9,

7 2012 to December 20, 2012, should be excluded in accordance with the provisions of the Speedy

8 Trial Act, 18 U.S.C. § 3161(7)(B)(iv).

9

10 IT IS SO STIPULATED:

11 Dated: November 5, 2012                     /s/ Ned Smock
                                         NED SMOCK

12                                          Assistant Federal Public Defender

13

14 Dated: November 5, 2012                     /s/ Wade Rhyne
                                         WADE RHYNE

15                                          Assistant United States Attorney

16

17                                   **ORDER**

18      GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

19 hearing in this matter now scheduled for November 9, 2012 is hereby rescheduled for December

20 20, 2012 at 9:30 a.m. before Magistrate Judge Kandis A. Westmore and that time is excluded

21 from November 9, 2012 to December 20, 2012 pursuant to 18 U.S.C. § 3161(7)(B)(iv).

22

23 Dated: November 5 , 2012                                          

24                           HONORABLE DONNA RYU
                          United States Magistrate Judge

25

26