1   STEVEN G. KALAR
    Federal Public Defender
2   NED SMOCK
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607
4   Telephone:  (510) 637-3518

5   Counsel for Defendant ANA LISSA REYES

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )    No. CR-12-70810 MAG
                                         )
12                   Plaintiff,          )    STIPULATION AND [PROPOSED]
                                         )    ORDER RESETTING DATE FOR
    vs.                                  )    PRELIMINARY HEARING
13                                       )
    ANA LISSA REYES,                     )
14                                       )
                     Defendant.          )
15  _____  )

16

17          IT IS HEREBY STIPULATED between the plaintiff through its attorney, Wade Rhyne,

18  and the defendant through her attorney Ned Smock, that the preliminary hearing in this matter

19  now set for December 20, 2012 at 9:30 a.m. shall be reset for February 4, 2013 at 9:30 a.m.  The

20  parties are exploring possible resolution of the case.  Ms. Reyes is out of custody.  The

21  government has provided disclosures of extensive reports and records.  Additional records and

22  reports are still forthcoming.  The case involves thousands of pages of discovery.  The defense

23  needs additional time to review those records as the parties attempt to negotiate a pre-indictment

24  resolution.  Reviewing and synthesizing the records is necessary as the parties negotiate, among

25  other things, Sentencing Guidelines calculations.

26          Defendant Reyes and her counsel waive the provisions of Rule 5.1(c) of the Federal

    Stip and [Proposed] Order                    1

1   Rules of Criminal Procedure requiring a preliminary hearing to be held within 20 days of her

2   initial appearance and 18 U.S.C. § 3161(b) requiring an indictment to be filed within thirty days

3   from the date of arrest. The continuance is also necessary to allow counsel for the defendant the

4   reasonable time necessary for effective preparation, taking into account the exercise of due

5   diligence.  Accordingly, the parties further stipulate and agree that the time from December 20,

6   2012 to February 4, 2013, should be excluded in accordance with the provisions of the Speedy

7   Trial Act, 18 U.S.C. § 3161(7)(B)(iv).

8

9   IT IS SO STIPULATED:

10   Dated: December 17, 2012                    /s/ Ned Smock
                                                  NED SMOCK
11                                                Assistant Federal Public Defender

12

13   Dated: December 17, 2012                    /s/ Wade Rhyne
                                                  WADE RHYNE
14                                                Assistant United States Attorney

15

16                                    **ORDER**

17        GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the preliminary

18   hearing in this matter now scheduled for December 20, 2012 is hereby rescheduled for February

19   4, 2013 at 9:30 a.m. and that time is excluded from December 20, 2012 to February 4, 2013

20   pursuant to 18 U.S.C. § 3161(7)(B)(iv).

21

22   Dated: December 17, 2012                    _Kandis Westmore_____
                                                  HONORABLE KANDIS WESTMORE
23                                                United States Magistrate Judge

24

25

26

Stip and [Proposed] Order                        2